|   |   |   |
|---|---|---|
|   | UNITED STATES DISTRICT COURT | |
|   | CENTRAL DISTRICT OF CALIFORNIA | |
|   | | |
| SAMMY LEE MORRIS, | | Case No. CV 19-5839-SVW (KK) |
| Plaintiff, | | |
| v. | | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| E. BURRKHOUSE, et al., | | |
| Defendant(s). | | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss the Second Amended Complaint is DENIED.

Dated: May 25, 2021

HONORABLE STEPHEN V. WILSON
United States District Judge