UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY LEE MORRIS,<br><br>           Plaintiff,<br><br>       v.<br><br>E. BURRKHOUSE, ET AL.,<br><br>           Defendant(s). | Case No. CV 19-5839-SVW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendants' Motion for Summary Judgement is GRANTED; and (2) Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: March 29, 2023

                                                HONORABLE Stephen V. Wilson
                                                United States District Judge