JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY LEE MORRIS, | Case No. CV 19-5839-SVW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| E. BURRKHOUSE, ET AL., | |
| Defendant(s). | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated:  March 29, 2023

HONORABLE STEPHEN V. WILSON
United States District Judge